UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DAVID EATON, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AMERICAN KRAFT MILLS OF TENNESSEE, )<br>LLC, )<br>)<br>Defendant. ) | No.: 3:02-CV-59<br>(VARLAN/SHIRLEY) |

## <u>ORDER</u>

This case was reassigned to the undersigned [Doc. 7] by the Honorable R. Allan Edgar, Chief United States District Judge, on April 21, 2003. The case is now more than three years old, no action has occurred in the case in the past twelve months, and all presently contemplated proceedings have been completed.

Accordingly, it is hereby **ORDERED** that the Clerk statistically close this action, without prejudice to the rights of the parties to reopen the proceedings, for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of this litigation.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE